IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE FLAMER, et al. | : | CIVIL ACTION |
| v. | : | |
| TRAVELERS HOME AND MARINE INSURANCE COMPANY, et al. | : | NO.:   13-cv-4719 |

## ORDER

AND NOW, this 16th day of SEPTEMBER, 2013, it is hereby

ORDERED that the above-captioned case is reassigned from the calendar of the Honorable Petrese B. Tucker, Chief Judge, to the calendar of the Honorable J. William Ditter, Jr.

FOR THE COURT:

PETRESE B. TUCKER
Chief Judge

ATTEST:

*[signature]*
MICHAEL E. KUNZ
Clerk of Court